IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Marcus D. White,

    Petitioner,

v.

                                          Case No. 2:08-cv-979

Timothy Brunsman, Warden,     Judge Michael H. Watson
                                          Magistrate Judge E.A. Preston Deavers
    Respondent.

## OPINION AND ORDER

On July 27, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's recommendations, and again raises all of the same arguments he previously presented.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review. For the reasons detailed in the Magistrate Judge's *Report and Recommendation*, this Court likewise concludes that none of petitioner's arguments are availing. The record simply fails to reflect that habeas corpus relief is warranted.

Therefore, petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

/s/ Michael H. Watson
Michael H. Watson, Judge
United States District Court